UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>GERARDO MARTINEZ (1),<br><br>      Defendant. | CASE NO. 10CR1519-L<br><br>JUDGMENT OF DISMISSAL |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**XX** an indictment has been filed in another case (10CR2028-L) against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

___ of the offense(s) of:

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 7, 2010

M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE

ENTERED ON _____